35627. TOWNSEND et al. v. SPEARS et al.

Judgment affirmed without opinion under Rule 59. *All the Justices concur.*

SUBMITTED NOVEMBER 16, 1979 — DECIDED JANUARY 3, 1980.

*Douglas & Robertson, Dubignion Douglas,* for appellants.

*Walter Scott,* for appellees.